UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALPHONSO THURMOND,

    Plaintiff,

v

TAMMY LYNN GILL,

    Defendants.

_____/

Case No. 1:15-cv-636

HON. JANET T. NEFF

**ORDER**

Plaintiff filed this *pro se* lawsuit against Defendant, purportedly for damages and criminal charges related to a roommate contract. The Magistrate Judge issued a Report and Recommendation (Dkt 7), recommending that Plaintiff's complaint be dismissed because it failed to state a claim upon which relief may be granted and raises no federal question or other basis for federal jurisdiction (*id.* at Page ID# 25). Plaintiff has filed a purported "objection" to dismissal (Dkt 9), but he raises no substantive objection to the Magistrate Judge's determination.

In accordance with 28 U.S.C. § 636(b)(1) and FED. R. CIV. P. 72(b)(3), the Court denies the objection and adopts the Magistrate Judge's Report and Recommendation as the Opinion of this Court. A Judgment will be entered consistent with this Order. *See* FED. R. CIV. P. 58.

Because this action was filed *in forma pauperis*, this Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

Therefore:

**IT IS HEREBY ORDERED** that the Objection (Dkt 9) is DENIED and the Report and Recommendation (Dkt 7) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is DISMISSED for failure to state a claim.

**IT IS FURTHER ORDERED** that the Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this decision would not be taken in good faith.

Dated: July 24, 2015

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge